UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MELISSA DeCAMPOS, a single woman,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE,<br><br>Defendants. | NO. C09-5031-FDB<br><br>**ORDER OF DISMISSAL** |

**THIS MATTER** having come on duly and regularly for hearing on the Motion of Rick Smith, Attorney for Plaintiff, and the Court finding good cause therefor; NOW, THEREFORE, IT IS HEREBY

**ORDERED, ADJUSTED AND DECREED** that the above-entitled action be and the same is hereby dismissed without prejudice and without costs.

Dated this 24th day of March, 2009.

_____
JUDGE FRANKLIN D BURGESS
UNITED STATES DISTRICT COURT JUDGE

Smith & O'Hare, P.S., Inc.
Post Office Box 68
Silverdale, Washington 98383
Phone: (360) 692-5566
Fax: (360) 692-1373
E-Mail Tom: som@tscnet.com
E-Mail Rick: rick@tscnet.com

PROPOSED ORDER OF DISMISSAL - 1 -

Presented by:

/s/ Rick Smith
RICK SMITH, WSBA #4220
Attorney for Plaintiff
Smith & O'Hare, P.S., Inc.
P.O. Box 68
Silverdale, WA 98383
Telephone: (360) 692-5566
Fax: (360) 692-1373
E-mail: bonnie@tscnet.com

**PROPOSED ORDER OF DISMISSAL - 2 -**

Smith & O'Hare, P.S., Inc.
Post Office Box 68
Silverdale, Washington 98383
Phone: (360) 692-5566
Fax: (360) 692-1373
E-Mail Tom: som@tscnet.com
E-Mail Rick: rick@tscnet.com